ROBERT E. BOYCE
State Bar No. 79806
BOYCE & SCHAEFER
934 23rd Street
San Diego, CA  92102
619/232-3320

Attorney for Defendant
DONNY LOVE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                            )<br>    Plaintiff,                       )<br>                                            )<br>v.                                       )<br>                                            )<br>DONNY LOVE                    )<br>                                            )<br>    Defendant.                    )<br>_____)  | CASE NO. 10CR2418-MMM<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS THE SUPERSEDING INDICTMENT AS VINDICTIVE**<br><br>Date: February 14, 2011<br>Time: 9:00 a.m. |

TO:   LAURA DUFFY, UNITED STATES ATTORNEY, SHANE P. HARRIGAN AND FRED SHEPPARD, ASSISTANT UNITED STATES ATTORNEYS

PLEASE TAKE NOTICE that on February 14, 2011, at 9:00 a.m., defendant DONNY LOVE, by and through his counsel, Robert E. Boyce, will ask this Court to enter an Order dismissing the Superseding Indictment filed December 9, 2010, as vindictive.

-1-

**MOTION**

DONNY LOVE, defendant herein, by and through his counsel, Robert E. Boyce, asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to dismiss the December 9, 2010 superseding indictment as vindictive.

This motion is based upon the instant notice of motion and motion, the attached memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials which may be brought to this Court's attention prior to or during the hearing on these motions.

DATED: January 31, 2011                    Respectfully submitted,


/s/ Robert E. Boyce
ROBERT E. BOYCE
Attorney for Defendant
DONNY LOVE