**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 10CR2418-MMM |
| Plaintiff, | ) |
| | ) PROOF OF SERVICE |
| v. | ) |
| DONNY LOVE, | ) |
| Defendant. | ) |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California;

2) That my business address is 934 23rd Street, San Diego, California, 92102;

3) That I have caused service of the:

**NOTICE OF MOTION AND MOTION TO DISMISS THE SUPERCEDING INDICTMENT AS VINDICTIVE**

I certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

Shane P. Harrigan, Esq.
Fred Sheppard, Esq.
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, California, 92101

I certify under penalty of perjury that the foregoing is true and correct. Executed January 31, 2011, at San Diego, California.

/s/ Robert E. Boyce
ROBERT E. BOYCE